STEVE ADAMS

VERSUS

TIM HOOPER, WARDEN

NO. 21-KH-422

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

Susan Buchholz

First Deputy Clerk

August 03, 2021

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Robert A. Chaisson,
Stephen J. Windhorst, and John J. Molaison, Jr.

**DENIED WITHOUT REASONS**

**JJM**
**RAC**
**SJW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court



SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

NANCY F. VEGA
CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

FIFTH CIRCUIT
101 DERBIGNY STREET (70053)
POST OFFICE BOX 489
GRETNA, LOUISIANA 70054
www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/03/2021** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**21-KH-422**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (DISTRICT JUDGE)
Grant L. Willis (Respondent)                    Thomas J. Butler (Respondent)

### MAILED

Honorable Jeffrey M. Landry (Respondent)        Steve Adams #562396 (Relator)
Attorney General                                Louisiana State Penitentiary
Louisiana Department of Justice                 Angola, LA 70712
1885 North 3rd Street
6th Floor, Livingston Building
Baton Rouge, LA 70802